## IN RE APPLICATION OF MELKONIAN

No. 335P87.

Case below: 85 N.C. App. 715.

Petition by City of Havelock for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

## IN RE APPLICATION OF WAKE KIDNEY CLINIC

No. 341P87.

Case below: 85 N.C. App. 639.

Petition by appellants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

## IN RE MILLER v. BD. OF REGISTRATION FOR PROFESSIONAL ENGINEERS

No. 370PA87.

Case below: 86 N.C. App. 91.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1987.

## J. M. HEINIKE ASSOC., INC. v. VESCE

No. 427A87.

Case below: 86 N.C. App. 372.

Motion by plaintiff to dismiss appeal for failure to show a substantial constitutional question allowed 7 October 1987.

## KELLY v. PHOENIX INS. CO.

No. 388P87.

Case below: 86 N.C. App. 376.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.